# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MUSIC CITY COACH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:10-cv-00115 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| STAR CITY COACH WORKS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss or in the Alternative to Transfer Venue filed by the defendant Star City Coach Works, Ltd. ("Star City") (Docket No. 24) is **DENIED**.

It is so ordered.

Enter this 2nd day of April 2010.

ALETA A. TRAUGER
United States District Judge